IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No.: 5:25-cv-359-BO-RN

| | |
|---|---|
| CARLO COOK ) | |
| ) | |
| Plaintiff, ) | |
| ) | MOTION TO WITHDRAW |
| ) | OF KENZIE M. RAKES |
| v. ) | |
| ) | |
| SYSCO RALEIGH, LLC, ) | |
| ) | |
| Defendant. ) | |

Under Rule 5.2(e) of the Local Civil Rules and Rule 1.16 of the North Carolina Revised Rules of Professional Conduct, Kenzie M. Rakes, Attorney for Defendant, moves that the Court enter an order allowing her to withdraw from representing Defendant in this matter. In support of this motion, Ms. Rakes shows the following:

1. Ms. Rakes will be leaving private practice effective November 28, 2025, before returning to work at the North Carolina Department of Justice.

2. Shannon R. Joseph of Morningstar Law Group and Stephen J. Zralek and Bethany M. Stewart of Spencer Fane LLP will continue to serve as counsel for Defendant and Defendant may be contacted through remaining counsel of record.

3. Counsel for Plaintiff consents to this motion.

4. Defendant consents to Ms. Rakes withdrawing from representation.

5. This case is currently stayed pending resolution of the motion to dismiss.

6. This withdrawal will not cause any prejudice because Plaintiff will continue to receive uninterrupted representation from Shannon R. Joseph, Stephen J. Zralek, and Bethany M. Stewart.

This the 21st day of November, 2025.

*/s/Kenzie M. Rakes*
Kenzie M. Rakes
NC State Bar No. 46349
krakes@morningstarlawgroup.com

MORNINGSTAR LAW GROUP
434 Fayetteville Street, Suite 2200
Raleigh, NC 27601
Telephone: (919) 590-0365

*Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing **MOTION TO WITHDRAW OF KENZIE M. RAKES** with the Clerk of Court using the CM/ECF system, which will send notification of filing to all counsel of record in this matter as follows:

Neubia L. Harris
The Law Office of Neubia L. Harris, PLLC
312 W. Millbrook Road, Ste. 141
Raleigh, NC  27609
neubia@neubiaharrislaw.com

*Attorney for Plaintiff*

This the 21st  day of November, 2025.

> /s/Kenzie M. Rakes
> Kenzie M. Rakes
>
> *Attorney for Defendant*